**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| IN RE: | CaseNumber: 10-36498 |
| Chapter 13 Administration | Debtor(s): KENNETH G. LIMPARIS |

## LINE DEPOSITING FUNDS INTO COURT REGISTRY

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$1,054.14** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 01/26/2016

Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| JAMES R COTTRELL ESQ<br>ATTN: MARIA KIRBY<br>801 NORTH FAIFAX STREET #404<br>ALEXANDRIA, VA,   22314 | 3 | $1,054.14 |
| Total | | $1,054.14 |